\THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph
 Stevenson, Appellant.
 
 
 

Appeal From Anderson County
  J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-129
 Submitted March 2, 2009  Filed March 5,
2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Joseph Ali Stevenson pled guilty to four counts of
 forgery of less than $5,000 and one count each of petit larceny of less than
 $1,000 and breaking into a motor vehicle.  He received concurrent sentences
 totaling ten years imprisonment, suspended upon service of three years, with
 five years probation.  Stevenson was arrested for violating the terms of his
 probation, and the probation court revoked five years of his probation. 
 Stevenson appeals, arguing the probation court erred in revoking his probation
 without proof of the alleged violations.  After a thorough review of the record
 and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] Stevensons appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
Short, Thomas, and Geathers,
jj., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.